In the Matter of KATHY GIANNI, Respondent, v. MICHAEL FORTUNATO, JR., Appellant.— No application for leave to appeal having been made, the appeal is not properly before this court. (Evans v. Delguidice, 23 A D 2d 791.)

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. LARK SUDDITH, Defendant.— Motion for change. of venue denied.